AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Stacie Marie Laughton<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 23-mj-1322-DLC<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 13-16, 2023   in the county of   Middlesex   in the
_____   District of   Massachusetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 and 2 | Sexual exploitation of children and aiding and abetting |

This criminal complaint is based on these facts:
Please see the attched Affidavit of Special Agent Rocco Rauseo, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Rocco Rauseo, HSI
*Printed name and title*

Sworn to before me and signed via telepone.

Date: 7/17/2023

_____
*Judge's signature*

City and state:   Boston, Massachusetts   Hon. Donald L. Cabell, Chief U.S. Magistrate Judge
*Printed name and title*